# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON I. BROWN,<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 21-CV-2930 |
| DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br>    Defendants. | : | |

## ORDER

AND NOW, this 6th day of December, 2021, upon consideration of Plaintiff Aaron I. Brown's Complaint (ECF No. 2), it is **ORDERED** that:

1. Brown's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum. Brown may not file an amended complaint because amendment would be futile.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Hon. C. Darnell Jones II

_____
C. DARNELL JONES, II, J.